| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:02CR00552-12 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | 07CRIM | CASE NUMBER *(Rec. Court)* 345 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Steven Arias 2244 Creston Avenue Bronx, NY 10453 | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Cynthia M. Rufe | |
| | DATES OF SUPERVISED RELEASE: | FROM 3/2/07 | TO 3/1/12 |

**OFFENSE**

Conspiracy to distribute in excess of 50 grams of cocaine base ("crack")
Possession of cocaine base ("crack") with the intent to distribute and aiding and abetting
Possession of cocaine base ("crack") with the intent to distribute within 1,000 feet of a school and aiding and abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-28-07
Date

*/s/ Cynthia M. Rufe*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

*/s/ Ronald Ellis*
United States District Judge