

P48096/J. Verga

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

**TO:**     Jim Molinelli, Miscellaneous Clerk

**FROM:**   Jessica Verga, USPO

**RE:**     Steven Arias

**DATE:**   April 20, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 9, 2006, the above-named individual was sentenced as outlined in the attached J & C. Recently, we received a letter from the Eastern District of Pennsylvania advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Arias' transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-0034.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Jessica Verga
U.S. Probation Officer